# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| GREGORY AARON THOMAS, | : | No. 82 EM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| TOM WOLF, GOVERNOR OF | : | |
| PENNSYLVANIA AND JOHN WETZEL, | : | |
| SECRETARY OF THE PA DEPARTMENT | : | |
| OF CORRECTIONS, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of October, 2019, the Petition for Leave to Appeal *Nunc Pro Tunc* is DENIED.